UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
GUANGZHOU JINSHEN LEATHER CO., LTD, *et al.*,                           :
                                                                        :
                    Plaintiffs,           :
                                                                        :      24 Civ. 46 (JPC)
       -v-                                                                 :
                                                                        :      <u>ORDER</u>
ACCESSORIES DIRECT INTERNATIONAL                                        :
USA, INC., and RODY MOREIRA,                                            :
                                                                        :
                    Defendants.          :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On September 3, 2024, Plaintiffs filed a motion for default judgment, along with accompanying declarations. Dkts. 25-27. The motion was not accompanied, however, by a supporting memorandum of law. Local Civil Rule 7.1(a)(2) requires that every motion must include "[a] memorandum of law, setting forth the cases and other authorities relied on in support of the motion, and divided, under appropriate headings, into as many parts as there are issues to be determined." Accordingly, the hearing originally scheduled for October 10, 2024, is adjourned until November 6, 2024, at 11:00 a.m. By October 10, 2024, Plaintiffs shall submit a memorandum of law in support of the motion for default judgment. The memorandum shall explain, *inter alia*, which causes of action Plaintiffs intend to seek default judgment under; how the well-pleaded allegations in the complaint satisfy every element for each such cause of action, *see Finkel v. Romanowicz*, 577 F.3d 79, 84 (2d Cir. 2009); and how Plaintiffs have met their burden of substantiating their claims with admissible evidence proving the extent of their damages as well as the legal basis for any damages and costs being sought, *see Garcia v. Francis Gen. Constr. Inc.*, No. 20 Civ. 4323 (JPC), 2022 WL 2698434, at *3 (S.D.N.Y. July 12, 2022). By October 24, 2024, Defendants shall submit any opposition to the motion.

Plaintiffs are further ordered to serve Defendants via overnight courier with a copy of this Order not later than October 3, 2024, and likewise serve Defendants via overnight courier with a copy of their memorandum of law, as well as their previously filed motion and accompanying declarations, Dkts. 25-27, at the time of filing the memorandum of law on or before October 10, 2024. Plaintiffs further are ordered to file on the docket proof of service of this Order and the motion papers (*i.e.*, motion, declarations, and memorandum of law) within one business day of service.

SO ORDERED.

Dated: October 1, 2024  
New York, New York

_____  
JOHN P. CRONAN  
United States District Judge