UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                        :
GUANGZHOU JINSHEN LEATHER CO., LTD, *et al.*,                           :
                                                                        :
                      Plaintiffs,                                         :
                                                                                                            24 Civ. 46 (JPC)
          -v-                                                           :
                                                                        :                   ORDER
                                                                        :
ACCESSORIES DIRECT INTERNATIONAL                                        :
USA, INC. and RODY MOREIRA,                                             :
                                                                        :
                      Defendants.                                         :
                                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        As explained on the record during the December 2, 2024 conference, the Court grants Plaintiffs' motion for default judgment (1) as to liability with respect to the First Cause of Action against Defendant Accessories Direct International USA, Inc. ("Accessories Direct") and (2) as to liability with respect to the Fourth Cause of Action against Defendant Rody Moreira, but only as to those purchase orders filled on or after October 21, 2022.  The Court dismisses without prejudice the Second, Third, Fifth, and Sixth Causes of Action, and the Fourth Cause of Action to the extent that it is alleged against Accessories Direct.  The Court dismisses with prejudice the Fourth Cause of Action against Moreira as to those purchase orders filled before October 21, 2022.

        SO ORDERED.

Dated: December 2, 2024
       New York, New York
                                                                                     JOHN P. CRONAN
                                                                                 United States District Judge