**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
:
GUANGZHOU JINSHEN LEATHER CO., LTD, et al.,
:
:
:                                        24-CV-0046 (JPC) (OTW)
:
                     Plaintiffs,
:                                        **ORDER**
:
       -against-
:
:
ACCESSORIES DIRECT INTERNATIONAL USA, INC., et al.,
:
:
:
                     Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

By **April 25, 2023**, Plaintiffs shall file (1) proposed findings of fact and conclusions of law, and (2) an inquest memorandum setting forth proof of damages. Plaintiffs' proposed damages figures should be supported by documentary evidence and/or one or more affidavits establishing the proposed figures. Plaintiffs must also include documentation supporting the requested attorney's fees and costs. Plaintiffs must serve these documents on the Defaulting Defendants and file a proof of service on the docket by **April 25, 2025**.

Defendants' opposition papers, if any, shall be filed by **May 23, 2025**.

The Court hereby notifies the parties that it may conduct this inquest solely on the written submissions of the parties. *See Action S.A. v. Marc Rich & Co., Inc.*, 951 F.2d 504, 508 (2d Cir. 1991). If any party seeks an evidentiary hearing on damages, such party must include the request in its papers, as well as provide reasons why a hearing is necessary and detail what types of additional evidence would be presented at the hearing.

Plaintiffs shall serve a copy of this Order on the Defaulting Defendants and file proof of service on the docket.

**SO ORDERED.**

Dated: March 21, 2025
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge