**MEMO ENDORSED.**



New York Financial District Headquarters
88 Pine Street, 18th Fl, New York, NY 10005
+1 347.897.6199

May 5, 2025

<u>Via ECF</u>
United States District Court
500 Pearl Street
New York, NY 10007
(212) 805-0260

    Re:    *Guangzhou Jinshen Leather Co., LTD et al v. Accessories Direct International USA, Inc. et al.*; case number.: 1:24-cv-00046-JPC-OTW
           **Letter Motion Requesting Extension of Time to File Inquest-related Submissions**

Dear Judge Wang,

    We represent Plaintiffs Tenghui (Guangzhou) Handbag Co., LTD, Guangzhou Jinshen Leather Co., LTD, and Zhong Shan Heyi Handbag Co., LTD (collectively, "Plaintiffs") in the above-referenced matter. We write to respectfully request an extension of Plaintiffs' time to file (1) proposed findings of fact and conclusions of law, and (2) an inquest memorandum, both currently due on May 9, 2025 (Dkt. No. 47). Plaintiffs respectfully request a forty-five (45) day extension, up to and including June 23, 2025, to submit these documents. This is Plaintiffs' second request for such an extension. The Court granted Plaintiffs' first request for extension of time on March 31, 2025 (Dkt. No. 47).

    Thank you for Your Honor's attention and consideration in this matter.

**Application DENIED without prejudice to refiling.** All requests for extensions of deadlines must articulate specific reasons explaining why such extension is needed.

Respectfully submitted,

JIA LAW GROUP, P.C.

**SO ORDERED.**

*[signature]*

Ona T. Wang
U.S.M.J. 5/13/2025

By:  <u>/s/Thomas Hsien Chih Kung</u>
      Thomas Hsien Chih Kung, Esq.
      88 Pine Street, 18th Floor
      New York, NY 10005
      Tel.: (347) 897-6199
      thomas.kung@jiaesq.com

Cc:    All parties of record (via ECF)